# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TYRONE HURT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV415-100 |
| ) | |
| THE STATE OF FLORIDA, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Before the Court is Tyrone Hurt's 42 U.S.C. § 1983 civil rights complaint naming "The State of Florida et al." as defendants. Plaintiff's writing is virtually illegible, and the Court has been unable to decipher the nature of his claim. (Doc. 1 at 2.)

Ordinarily, the Court would afford plaintiff an opportunity to resubmit his complaint in typed or otherwise legible form, but plaintiff has demonstrated in the past his unwillingness or inability to remedy such a deficiency. *See Hurt v. Chief of Police*, No. CV414-244 (S.D. Ga. Apr. 2, 2015) (dismissing his second-chance complaint as unreadable); *see also Hurt v. State*, No. CV415-102 (S.D. Ga. Apr. 28, 2015) (R&R suggesting the dismissal or yet another of his illegible complaints). This case, therefore, should be dismissed at the outset, for the Court sees no

likelihood that plaintiff will ever furnish a complaint that the Court can actually *read*. Further, plaintiff should be enjoined from submitting any more illegible complaints to this Court.

**SO REPORTED AND RECOMMENDED** this __28th__ day of April, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA